UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

PERMOBIL, INC. and GORAN UDDEN,
                    Plaintiffs,
v.

DARDEN RESTAURANTS AND OSI
RESTAURANT PARTNERS, LLC,
                    Defendants.

Civil Action No. 3:09-cv-1145

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.02, Permobil Inc. hereby certifies that all of its stock is owned by Permobil Holding A.B.

PERMOBIL, INC. AND GORAN UDDEN

By their attorneys,

Jennifer L. Finger, Tenn. # 024905
Permobil Inc.
6961 Eastgate Blvd.
Lebanon, TN 37090
615-470-1276