IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| PERMOBIL, INC. and GORAN UDDEN, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No. 3:09-1145 |
| v. | ) Judge William J. Haynes |
| | ) JURY DEMAND |
| GMRI, INC., RARE HOSPITALITY | ) |
| INTERNATIONAL, INC., AND | ) |
| OSI RESTAURANT PARTNERS, LLC. | ) |
| | ) |
| Defendants. | ) |

*[Handwritten notation: This motion is GRANTED subject to reasonable notice to the deponents' custodians. /s/ 8-2-70]*

**JOINT MOTION FOR LEAVE TO DEPOSE PERSONS IN FEDERAL PRISON**

COME NOW the Parties, by and through undersigned counsel, pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure, and move this Court for an Order granting leave to take the deposition of federal inmates Jennifer Haney (Inmate Register No. 19008-075) and Johnny Haney (Inmate Register No. 19009-075). Jennifer Haney is presently confined at a federal facility located in Lexington, Kentucky. Johnny Haney is presently listed as "in transit" to a federal facility to be determined.

In support of this Motion, the parties agree that both Jennifer Haney and Johnny Haney, as evidenced by the allegations concerning their actions contained within Plaintiffs' Amended Complaint, possess knowledge of particular facts relevant to this action, the ascertainment of which is necessary for the preparation of this cause for trial.

THEREFORE, the Parties jointly move this Court for an Order granting leave to take the aforementioned depositions.