IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| PERMOBIL, INC. and GORAN UDDEN, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 3:09-1145 <br> ) Judge William J. Haynes <br> ) JURY DEMAND |
| GMRI, INC., RARE HOSPITALITY INTERNATIONAL, INC., AND OSI RESTAURANT PARTNERS, LLC. | ) ) ) ) |
| Defendants. | ) |

### DEFENDANT OSI RESTAURANT PARTNERS, LLC'S MOTION FOR LEAVE TO FILE REPLY

Defendant OSI RESTAURANT PARTNERS, LLC (hereinafter "OSI") moves this Court for leave to file a Reply to "Plaintiffs' Opposition to Defendant OSI Restaurant Partners, LLC's Motion for Partial Judgment on Pleadings" pursuant to Local Rule 7.01. A copy of OSI's proposed Reply brief that does not exceed five (5) pages in length is attached hereto as **Attachment 1**.

OSI submits that leave to file its Reply brief is proper under the circumstances in order to allow OSI to address the legal authority cited in Plaintiffs' response brief that will aid the Court in its determination of this matter.

Therefore, OSI respectfully requests leave to file the attached Reply brief.