# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| PERMOBIL, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:09-01145 |
| | ) | JUDGE HAYNES |
| | ) | |
| GMRI, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

In accordance with the Memorandum filed herewith, Defendant's motions for partial judgment on the pleadings (Docket Entry Nos. 29 and 34) are **DENIED**.

It is so **ORDERED**.

**ENTERED** this the _12th_ day of November, 2010.

_____
WILLIAM J. HAYNES, JR.
United States District Judge