**DUPLICATE COPY**

Business Platinum Card®



SMALL BUSINESS NETWORK℠

480,514
Membership Rewards ®
Points Available
at 05/31/04, when charges due are paid in
full and all accounts are in good standing.

Prepared For
GORAN UDDEN
PERMOBIL OF AMER INC

Account Number: 3782-079623-45000
Closing Date: 07/12/04
Page 1 of 17

| Previous Balance $ | Payments/Credits $ | New Charges $ | New Balance $ |
|---|---|---|---|
| 40,377.01 | -40,521.93 | 40,471.34 | 40,326.42 |

Please Pay By
07/27/04
Please refer to page 2
for important information
regarding your account

Terms - Payable in full on receipt of Statement.

To manage your Account, visit us online at open.americanexpress.com or call Customer Service at 1-800-492-8468.

## Cardmember Snapshot

| Cardmember Name | Card Number | Total Payments/Credits $ | Total New Charges $ |
|---|---|---|---|
| GORAN UDDEN | 3782-079623-45000 | -40,291.13 | 47.80 |
| LARRY JACKSON | 3782-079623-43153 | 0.00 | 6,132.47 |
| CHARLES LEE | 3782-079623-41181 | 0.00 | 308.97 |
| BOB FITZERALD | 3782-079623-42197 | 0.00 | 31.76 |
| THOMAS ROLICK | 3782-079623-43203 | 0.00 | 1,614.28 |
| BARRY STEELMAN | 3782-079623-41215 | -230.45 | 17,854.28 |
| NATHAN STOFFER | 3782-079623-42239 | -0.35 | 1,316.18 |
| JOHN RICHARDS | 3782-079623-41249 | 0.00 | 2,871.56 |
| MEHDI MIRZAIC | 3782-079623-41256 | 0.00 | 787.37 |
| DARREN JERNIGAN | 3782-079623-41264 | 0.00 | 654.55 |
| CHARLES S. COMBS | 3782-079623-41272 | 0.00 | 2,603.84 |
| DARIN LOWERY | 3782-079623-41280 | 0.00 | 169.44 |
| LORI JACKSON | 3782-079623-41298 | 0.00 | 4,704.58 |
| JOHN COFFAY | 3782-079623-42312 | 0.00 | 1,358.26 |
| BERTIL WESTIN | 3782-079623-41322 | 0.00 | 16.00 |
| **Total** | | **-40,521.93** | **40,471.34** |

## Activity  *Indicates posting date

**New Activity for GORAN UDDEN**
Card XXXX-XXXXX3-45000

| | | | | Foreign Spending |
|---|---|---|---|---|
| 06/30/04* | COMPUTER PAYMENT RECEIVED - THANK YOU | | | |
| 06/20/04 | AOL SERVICE  800-827-6364  VA ONLINE TWX*AOL SERVICE 0604 | | | 23.90 |

Continued on Page 3

---

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**

Account Number: 3782-079623-45000

Please Pay By: 07/27/04

To Pay by Computer, visit open.americanexpress.com. To Pay by Phone, call 1-800-472-9297.

Please enter account number on all checks and correspondence.

GORAN UDDEN
PERMOBIL OF AMER INC
6961 E GATE BLVD
LEBANON TN 37090-6005

**Total Amount Due**
**$40,326.42**

Make check payable to American Express.

Check here if address or telephone number has changed. Note changes on reverse side.

Mail Payment to:

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

0000378207962345000 0040326420040471134 12HH

**EXHIBIT 1**