**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| PERMOBIL, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | NO. 3:09-01145 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| GMRI, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

The trial in this action is **CONTINUED** pending a ruling on the motion for summary

judgment.

It is so **ORDERED**.

**ENTERED** this the ___ day of January, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge