UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| PERMOBIL, INC. and GORAN UDDEN,<br>Plaintiffs,<br>v.<br>GMRI, INC., RARE HOSPITALITY INTERNATIONAL, INC. AND OSI RESTAURANT PARTNERS, LLC,<br>Defendants. | Civil Action No. 3:09-cv-1145<br>(Judge Haynes)<br>**JURY DEMAND** |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTION FOR LEAVE TO SUPPLEMENT EXPERT WITNESS REPORT OF PETER DEMOS

Plaintiffs by and through undersigned counsel submit this Motion for Leave to File a Reply Memorandum in Further Support of the Motion for Leave to Supplement the Expert Witness Report of Peter Demos. The reply memorandum is short (2 pages) and will assist the Court.

Respectfully submitted,
Plaintiffs,
PERMOBIL, INC. and GORAN UDDEN
By their Attorneys,

/s/ Jennifer L. Finger
Jennifer L. Finger, Esq., Tenn. 024905
Permobil Inc.
300 Duke Drive.
Lebanon, TN 37090
615-470-2470

Of Counsel:
Nicholas J. Nesgos, BBO No. 553177
Joseph W. Corrigan, BBO No. 647393
POSTERNAK BLANKSTEIN & LUND LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-8004
Dated: February 4, 2011          (617) 973-6100