IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PERMOBIL, INC., et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 3:09-01145 |
| | ) JUDGE HAYNES |
| GMRI, INC., et al., | ) |
| Defendants. | ) |

### ORDER

In accordance with the Memorandum filed herewith, Defendants' motion for summary judgment (Docket Entry No. 40) is **DENIED**.

The dates for the final pretrial conference and the trial will be set by separate order.

It is so **ORDERED**.

ENTERED this the 8th day of February, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge