# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| PERMOBIL, INC. and GORAN UDDEN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GMRI, INC., RARE HOSPITALITY ) <br> INTERNATIONAL, INC., and ) <br> OSI RESTAURANT PARTNERS, LLC. ) <br> ) <br> Defendants. ) | Civil Action No. 3:09-1145 <br> Judge Sharp <br> JURY DEMAND |

## ORDER OF DISMISSAL

The parties, by and through counsel, having announced to the Court that all matters herein controversy have been compromised and settled out of Court and that Plaintiffs for valuable consideration, have executed a release in full and final settlement of all claims against Defendants GMRI, Inc. and RARE Hospitality International, Inc. including any and all subrogation interests and/or liens, arising out of the matters herein controversy. It is therefore,

**ORDERED, ADJUDGED and DECREED** that this cause be, and the same hereby is, dismissed with full prejudice to Plaintiffs as pertains to Defendants GMRI, Inc. and RARE Hospitality International, Inc.

Enter this 7th day of July, 2011.

_Kevin H. Sharp_
United States District Judge

{01600436.DOC}

**APPROVED FOR ENTRY:**

**LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC**

By: **s/ Frank Thomas**
    **Frank Thomas**
    BPRN 12268
    414 Union Street, Suite 1900
    Nashville, TN 37219-1782
    (615) 255-7722
    Counsel for Defendants GMRI, Inc. and
      Rare Hospitality International, Inc.


By: **s/ Jennifer L. Finger**
    Jennifer L. Finger
    BPRN 024905
    Permobil Inc.
    6961 Eastgate Blvd.
    Lebanon, TN 37090
    (615) 547-1889
    Permobil, Inc Corporate Counsel

    Joseph W. Corrigan
    Posternak, Blankstein & Lund, LLP
    Prudential Tower
    800 Boylston Street
    Boston, MA 02199-8004
    (617) 973-6100
    Counsel for Plaintiffs Permobil, Inc. and
      Goran Udden

{01600436.DOC}