# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| PERMOBIL, INC. and GORAN UDDEN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 3:09-1145 |
| v. ) | Judge Kevin H. Sharp |
| ) | JURY DEMAND |
| GMRI, INC., RARE HOSPITALITY ) | |
| INTERNATIONAL, INC., AND ) | |
| OSI RESTAURANT PARTNERS, LLC. ) | |
| ) | |
| Defendants. ) | |

## AGREED ORDER OF DISMISSAL

It appearing to the Court, as evidenced by the signature of counsel for the parties below, that all matters and/or controversies between Plaintiffs and Defendant OSI Restaurant Partners, LLC, have been resolved and settled to the satisfaction of the parties,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant OSI Restaurant Partners, LLC is dismissed from the above entitled action with prejudice.

V@¦^Áa^ã¸*Á¸[Á¸c@¦Ááå^-^}åæ}o•Á^{æã¸ã¸*Ê¸c@ã¸Ææ^Á¸sÁÖÒJTÁÙÜÒÖÈ

Ó¸Á

Ü¸Á̀ÙÁ̀UÁJÜÖÒÜÒÖÈ

Á

Ò}c^¦^åÁc@ã̧ÁFHc@Áå̧æ̂Á¸-Á̀R'|̂Á¸G€FFÈ

Á

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE

1

Approved for Entry and Agreed to:

TAYLOR, PIGUE, MARCHETTI & MINK, PLLC

*s/ Wm. Ritchie Pigue*
Wm. Ritchie Pigue, BPR # 002898
Matthew C. Pietsch, BPR # 024659
2908 Poston Avenue
Nashville, TN 37203
615-320-3225
615-320-3244 Facsimile
Email:  rpigue@tpmmlaw.com
          mpietsch@tpmmlaw.com
*Counsel for Defendant OSI Restaurant Partners, LLC*

*Electronically signed with permission of counsel by Wm. Ritchie Pigue*

*s/ Jennifer L. Finger*
Jennifer L. Finger, BPR # 024905
6961 Eastgate Blvd.
Lebanon, TN 37090
615-470-1276
*Counsel for Plaintiffs*